IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald SMITH, ) | No. CV-05-2147-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE BANK, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Having considered the Stipulation for Extension of Time to Respond to Complaint (First Request), filed on July 27, 2005 by Plaintiff Donald Smith and Defendant MBNA America Bank, N.A., and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation for Extension of Time to Respond to Complaint (First Request), filed on July 27, 2005, is GRANTED.

**IT IS FURTHER ORDERED** that Defendant MBNA America Bank, N.A. shall answer or otherwise respond to Plaintiff's Complaint no later than August 5, 2005.

DATED this 28th day of July, 2005.

_____
Stephen M. McNamee
Chief United States District Judge