**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Donald SMITH, ) | No. CV 05-2147-PHX-SMM |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| CAPITAL ONE BANK, et al., ) | |
| Defendants. ) | |

Having failed to appear at a Status Conference scheduled for November 1, 2006, at 10:00 a.m. before the Honorable Stephen M. McNamee and having failed to file a Notice of Settlement or a Stipulated Dismissal, the Court orders the parties to show cause why this case should not be dismissed for failure to prosecute.

Rule 41(b) of the Federal Rules of Civil Procedure provides that a court may dismiss a case for failure to prosecute. Rule 41.1 of the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules") further states:

> Cases which have had no proceedings for six (6) or more months may be dismissed by the Court for want of prosecution. Notice shall be given to the parties that such action is contemplated, and a status hearing shall be scheduled where the parties may show good cause why such action should not be taken.

LR Civ 41.1.

//

//

//

1  Accordingly,

2  **IT IS ORDERED** that Plaintiff shall file a brief stating the reasons why this case
3  should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for
4  failure to prosecute. This brief must be filed with the Court no later than Thursday,
5  November 9, 2006.

6  DATED this 1st day of November, 2006.

Stephen M. McNamee
United States District Judge