**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Smith, | ) No. CIV 05-2147-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Capital One Bank, et al., | ) |
| Defendant. | ) |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 23]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal with Prejudice [Doc. No. 23] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 14th day of November, 2006.

Stephen M. McNamee
United States District Judge